**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2013 JUL -2 PM 1:51

DEPUTY CLERK_____

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CASE NO. 1:13-CR-28-P (01)** |
| | ) | |
| **JOSE ANGEL PEREZ-HURTADO** | ) | |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

**JOSE ANGEL PEREZ-HURTADO**, by consent, under authority of United States v.

Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and

has entered a plea of guilty to the Indictment. After cautioning and examining **JOSE ANGEL**

**PEREZ-HURTADO** under oath concerning each of the subjects mentioned in Rule 11, I

determined that the guilty plea was knowledgeable and voluntary and that the offenses charged

are supported by an independent basis in fact containing each of the essential elements of such

offense. I therefore recommend that the plea of guilty be accepted and that **JOSE ANGEL**

**PEREZ-HURTADO** be adjudged guilty and have sentence imposed accordingly.

Date: July _2_, 2013.

_____
E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).